# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00297-CV

### In re Armando Ramos

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Armando Ramos, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus. Relator requests that this Court compel the district clerk to file a separate writ of mandamus with the district court.

We have no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221(a); *In re Thomas*, No. 03-14-00099-CV, 2014 WL 904630, at *1 (Tex. App.—Austin Mar. 5, 2014, orig. proceeding) (mem. op.). Ramos has failed to provide an adequate record of his filings with the district court or otherwise demonstrate that issuing mandamus against the district clerk is necessary to enforce our jurisdiction. *See* Tex. R. App. P. 52.3(a); *In re Thomas*, 2014 WL 904630, at *1.

The petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: July 6, 2021